1  Todd M. Friedman (State Bar No. 216752)
2  Adrian R. Bacon (State Bar No. 280332)
   Meghan E. George (State Bar No. 274525)
3  Thomas E. Wheeler (State Bar No. 308789)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
4  324 S. Beverly Dr., #725
   Beverly Hills, CA  90212
5  Telephone:   (877) 206-4741
   Facsimile:    (866) 633-0228
6  tfriedman@toddflaw.com
   abacon@toddflaw.com

7  Attorneys for Plaintiff

8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11             **WESTERN DIVISION**
12

| | |
|---|---|
| MELISSA MEYER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-CV-04631-SJO-MRW<br><br>Hon. S. James Otero<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS** |

1  Plaintiff Melissa Meyer ("Plaintiff") and Defendant Experian Information
2  Solutions, Inc. ("Defendant" or "Experian"), (all jointly hereinafter referred to as
3  "the Parties"), hereby move to dismiss the above-entitled action with prejudice as to
4  Plaintiff's individual claims. The Parties agree that this Court may proceed to
5  dismiss this action entirely with prejudice as to Plaintiff's individual claims. This
6  Court retains jurisdiction to enforce the settlement of this action.

Dated: September 5, 2017        LAW OFFICES OF TODD
                                FRIEDMAN PC


                                By: */s/ Adrian Robert Bacon*
                                    Adrian Robert Bacon

                                Attorneys for Plaintiff


Dated: September 5, 2017        JONES DAY


                                By: */s/ John A. Vogt*
                                    John A. Vogt

                                Attorneys for Defendant
                                EXPERIAN INFORMATION
                                SOLUTIONS, INC.

1 | Signature Certification

2 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: September 5, 2017  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

   By:  s/Todd M. Friedman
        **TODD M. FRIEDMAN, ESQ.**
        **Attorney for Plaintiff**

1  Filed electronically on this 5th Day of September, 2017, with:

2  United States District Court CM/ECF system.

3  Notification sent electronically on this 5th Day of September, 2017, to:

4  Honorable S. James Otero
5  United States District Court
   Central District of California
6
   And All Counsel of Record as Recorded On The Electronic Service List
7

8

9  /s/ Todd M. Friedman, Esq.
10 TODD M. FRIEDMAN