JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELISSA MEYER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-CV-04631-SJO-MRW<br><br>Hon. S. James Otero<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS** |

1   Based upon the Joint Stipulation to Dismiss, and good cause, this Court
2  hereby orders the action to be dismissed WITH prejudice as to Plaintiff's individual
3  claims. This Court may proceed to dismiss this action entirely. This Court will
4  retain jurisdiction to enforce the settlement terms.
5   IT IS SO ORDERED.

Dated: September 8, 2017

_S. James Otero_
Honorable James S. Otero,
United States District Judge